# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06cv4

| | |
|---|---|
| STATE OF NORTH CAROLINA EX REL. AND NICHOLAS JACK AYERS, )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>BOBBY M. DeBRUHL, Individually and in his Official Capacity as Sheriff of Graham County; SCOTT CALDWELL, as an Employee of the Sheriff of Graham County; BRIAN JONES, Individually and in his Official Capacity as an Employee of the Sheriff of Graham County; and FIDELITY & DEPOSIT COMPANY OF MARYLAND, Surety for Sheriff Bob DeBRUHL.<br><br>Defendants. ) | ORDER |

**THIS MATTER** is before the court on the Certificate of initial Attorneys Conference, filed during the pendency of the Fourth Memorandum and Recommendation. It appearing that plaintiff is now represented by counsel and that issues have now joined after 18 months, an Initial Pretrial Conference will be calendared. Counsel should be prepared to discuss deadlines that would have this matter disposed of before the end of the calendar year.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is set for an Initial Pretrial Conference on July 2, 2007, in Asheville, at 3 p.m.

Signed: June 26, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge